**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
JAIRO SIMON SERRANO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JAIRO SIMON SERRANO,<br><br>            Defendant. | **2:10-CR-00425 FCD**<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Paul A. Hemesath; defendant, Jairo Simon Serrano, by and through his counsel, Erin J. Radekin; defendant, Jamie Ernesto Garcia-Alcazar, by and through his counsel, J. Toney; defendant, Jesus Bazan Alvarado, by and through his counsel, Gilbert A. Roque; defendant, Mario Lugo Sajuan, by and through his counsel, Christopher R. Cosca; defendant, Julio Cesar Xep, by and through his counsel, Shari Rusk; and defendant, Marcario Barragan Ayala, by and through his counsel, Charles E. Bauer, agree and stipulate to vacate the date set for status conference, July 11, 2011 at 10:00 a.m., in the above-captioned matter, and to continue the status conference to August 22, 2011 at 10:00 a.m. in the courtroom of the Honorable Frank C. Damrell, Jr.

The reason for this request is that additional time is needed for defense preparation and plea negotiations. The Court is advised that Mr. Hemesath, Mr. Toney, Mr. Roque, Mr. Cosca, Ms. Rusk, and Mr. Bauer concur with this request and have authorized Ms. Radekin to sign this stipulation on

1 their behalf.

2     The parties further agree and stipulate that the time period from the filing of this stipulation
3 until August 22, 2011 should be excluded in computing time for commencement of trial under the
4 Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
5 Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense
6 preparation.  It is further agreed and stipulated that the ends of justice served in granting the request
7 outweigh the best interests of the public and the defendant in a speedy trial.

8     Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

9 IT IS SO STIPULATED

10 Dated: July 7, 2011
        BENJAMIN WAGNER
        United States Attorney

11
        By:    /s/ Paul A. Hemesath
12         PAUL A. HEMESATH
        Assistant United States Attorney

13

14 Dated: July 7, 2011
        /s/ Erin J. Radekin
        ERIN J. RADEKIN
15         Attorney for Defendant
        JAIRO SIMON SERRANO

16

17 Dated: July 7, 2011
        /s/ J. Toney
        J. TONEY
18         Attorney for Defendant
        JAMIE ERNESTO GARCIA-ALCAZAR

19

20 Dated: July 7, 2011
        /s/ Gilbert A. Roque
        GILBERT A. ROQUE
21         Attorney for Defendant
        JESUS BAZAN ALVARADO

22

23 Dated: July 7, 2011
        /s/ Christopher R. Cosca
        CHRISTOPHER R. COSCA
24         Attorney for Defendant
        MARIO LUGO SAJUAN

25

26 Dated: July 7, 2011
        /s/ Shari Rusk
        SHARI RUSK
27         Attorney for Defendant
        JULIO CESAR XEP

28

1 | Dated: July 7, 2011             /s/ Charles E. Bauer
CHARLES E. BAUER
2             Attorney for Defendant
MARCARIO BARRAGAN AYALA

3

4

5             **ORDER**

6      For the reasons set forth in the accompanying stipulation and declaration of counsel, the status

7 conference date of July 11, 2011 at 10:00 a.m. is VACATED and the above-captioned matter is set

8 for status conference on August 22, 2011 at 10:00 a.m.  The Court finds excludable time in this

9 matter through August 22, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow

10 continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For

11 the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the

12 request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§

13 3161(h)(7)(A), (h)(7)(B)(iv).

14 IT IS SO ORDERED.

15 Dated: July 7, 2007

16

17             FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28