BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:10-cr-425 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING JUDGMENT AND |
| v. | ) | SENTENCING |
| | ) | |
| JESUS BAZAN ALVARADO, | ) | DATE: February 23, 2012 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | COURT: Hon. Morrison C. England |
| | ) | |
| | ) | |
| | ) | |

    **IT IS HEREBY STIPULATED** by and between Assistant United

States Attorney Paul Hemesath, counsel for Plaintiff, and defendant,

Jesus Bazan Alvarado, by and through his counsel, Gilbert A. Roque,

that the parties agree and stipulate to vacate the date set for

judgement and sentencing, February 23, 2012, at 9:00 a.m., in the

above-captioned matter, and to continue the judgment and sentencing

to March 1, 2012, at 9:00 a.m. in the courtroom of the Honorable

Morrison C. England, Jr.

    This request is made jointly by the government and defense.

1

Dated: February 21, 2012                    /s/ Paul Hemesath
                                            Paul Hemesath
                                            Assistant United States Attorney
                                            Counsel for Plaintiff

Dated: August 19, 2011                      /s/ Gilbert A. Roque
                                            GILBERT A. ROQUE
                                            Attorney for Defendant
                                            JESUS BAZAN ALVARADO


# O R D E R

**IT IS SO ORDERED.**

Dated: February 24, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2